15 So.2d 280

### Clarence Benjamin LANIER v. STATE.
### 5 Div. 381.

Supreme Court of Alabama.

Oct. 7, 1943.

Reynolds & Reynolds, of Clanton, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Clarence Benjamin Lanier for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Lanier v. State, 15 So.2d 278.

Writ denied.

All the Justices concur.